■    The People of the State of New York, Plaintiff, v Walter Ray Taylor, Defendant.—Motions for a stay of the trial of the indictment and for a change of venue denied. (See People v Di Piazza, 24 NY2d 342; People v Hatch, 46 AD2d 721; People v Sekou, 45 AD2d 982, app dsmd 35 NY2d 844.) (Order entered Jan. 15, 1980.)